160 A.3d 771

COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher R. WILLIAMS, Petitioner

No. 336 EAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal and Application of Supplemental Authority in Support of Petition for Allowance of Appeal are **DENIED**.